

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4-19CR-115-O |
| LORAGECAR FIGARO (01) | |

## INDICTMENT

The Grand Jury Charges:

### Count One
### Conspiracy to Commit Mail Theft
### (Violation of 18 U.S.C. § 371)

A. The Conspiracy and its Objects

1. Beginning in or around December 2018 and continuing through in or around February 2019, in the Fort Worth Division of the Northern District of Texas, defendant **Loragecar Figaro**, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, that is, to steal mail matter and to possess stolen mail matter, in violation of 18 U.S.C. § 1708.

2. It was further an object of the conspiracy that **Figaro**, and others, would steal credit cards from the U.S. mails, and would use the stolen credit cards for their personal benefit.

B. Manner and Means

3. At various times, **Figaro**, and others known and unknown, applied for credit cards in the names of other individuals.

4. **Figaro**, and others known and unknown, caused the credit cards to be mailed to addresses along a certain U.S. Postal Service mail carrier's route.

5. **Figaro** and the mail carrier agreed that the mail carrier would steal the credit cards from the mail and provide them to **Figaro** and others.

6. **Figaro** and others used the stolen credit cards for their personal benefit.

C. Overt Acts

7. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Northern District of Texas and elsewhere:

   a. On or about December 9, 2018, the coconspirators applied for a credit card in the name of M.E., account number x7538, and caused the credit card to be mailed to an address on Walla Avenue in Fort Worth, Texas.

   b. On or about December 18, 2018, **Figaro** used credit card x7538 at a Kroger store in Mansfield, Texas, to make a purchase in the amount of $1,517.85.

   c. On or about January 29, 2019, **Figaro** sent a series of text messages containing names, addresses and instructions to the mail carrier.

  d. At various unknown dates and times, **Figaro** sent instructions to the mail carrier to steal specific pieces of mail containing credit cards.

  e. At various unknown dates and times, the mail carrier stole credit cards and delivered them to **Figaro** and others.

In violation of 18 U.S.C. § 371 (18 U.S.C. § 1708).

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
ROBERT J. BOUDREAU
Assistant United States Attorney
New York State Bar No. 4686507
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Indictment – Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

LORAGECAR FIGARO (01)

INDICTMENT

18 U.S.C. § 371 (U.S.C. § 1708)
Conspiracy to Commit Mail Theft
1 Count

A true bill rendered

_____ FOREPERSON

FORT WORTH

Filed in open court this 17th day of April, 2019.

**Defendant on Pre-Trial Release**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:19-MJ-183-BJ